## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## AT HARTFORD

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 7** |
| | | |
| **HUSSAN J. LARMOND** | : | **CASE NO. 20-21082** |
| **KADEAN O. LARMOND** | | |
|     **DEBTORS** | : | |
| _____ | | |
| **HUSSAN J. LARMOND** | : | **DECEMBER 9, 2020** |
| **KADEAN O. LARMOND** | | |
|     **MOVANTS** | : | |
| **v.** | : | |
| **ANTHONY S. NOVAK** | : | |
|     **TRUSTEE** | | |
| | : | |
| **CONNECTICUT LIGHT AND POWER** | : | |
| **COMPANY D/B/A EVERSOURCE ENERGY** | : | |
| **AND CREDIT MANAGEMENT** | : | |
| **CORPORATION** | : | |
|     **RESPONDENTS** | | |
| _____ | | |

## MOTION TO AVOID LIENS IMPAIRING
## HOMESTEAD EXEMPTION

Hussan J. Larmond and Kadean O. Larmond (hereinafter referred to as the "Debtors"), acting through their attorney, Susan M. Williams, hereby move this Court for an Order voiding the judicial lien that impairs the Debtors' claimed homestead exemption in accordance with Section 522(f) of the Bankruptcy Code and Bankruptcy Rule 3012. In support thereof, the Debtors respectfully state the following:

1. The Debtors commenced this case by filing the above numbered voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on August 31, 2020, (hereinafter referred to as the "date of the filing").

2. On the date of the filing, the Debtors owned an interest in the following real property utilized as their primary residence: 23 Patton Road, Bloomfield, Connecticut (hereinafter referred to as the "Property").

3. This motion is being filed to avoid the judicial liens held by Connecticut Light and Power Company d/b/a Eversource Energy and Credit Management Corporation on the Property used as the Debtors' primary residence.

4. The Property is encumbered by a statutory real estate tax lien from the Town of Bloomfield's 2017 grand list, with a balance as of the filing date in the amount of $2,750.68.

5. The Property is encumbered by a statutory real estate tax lien from the Town of Bloomfield's 2018 grand list, with a balance as of the filing date in the amount of $4,444.87.

6. The Property is encumbered by a statutory real estate tax lien from the Town of Bloomfield's 2019 grand list, with a balance as of the filing date in the amount of $3,964.81.

7. The Property is encumbered by a first mortgage to Conn & Conn, with a balance as of the date of the filing in the amount of $19,788.98.

8. The Property is further encumbered by a tax lien by the State of Connecticut Department of Revenue Services, with a balance as of the date of the filing in the amount of $12,198.30.

9.      On or about June 13, 2017, Connecticut Light and Power Company d/b/a Eversource Energy obtained a judgment against the Debtors in the original principal amount of $41,430.28, plus costs of suit, for a total Judgment of $41,874.45. Said judgment lien is dated July 27, 2017, and was recorded on the Bloomfield Land Records on July 31, 2017, in Volume 1916 at Page 247. The amount of the secured claim of said Judgment lien as of the filing date was $41,874.45.

10.     On or about May 28, 2019, Credit Management Corporation obtained a judgment against the Debtors in the original principal amount of $2,176.88, plus costs of suit. Said judgment lien is dated June 7, 2019, and was recorded on the Bloomfield Land Records on June 10, 2019 in Volume 1990 at Page 138. The amount of the secured claim of said Judgment lien as of the filing date was $2,176.88.

11.     Pursuant to a market analysis conducted by Catherine Thompson, the market value of the Property as of August 28, 2020, is $119,900.00 (A copy of said appraisal is appended hereto as <u>Exhibit "A"</u>).

12.     The equity in the Property is $76,752.36.

13.     The existence of the judicial liens on the Property impairs the exemption to which the Debtors would otherwise be entitled as claimed by the Debtors on Schedule C of the Bankruptcy Petition.

14.     The Debtors have claimed their homestead exemption under 11 USC 522(d)(1) in the amount of $150,000.00.

WHEREFORE, the Debtors pray for an Order against Connecticut Light and Power Company d/b/a Eversource Energy and Credit Management Corporation for the avoidance of

the judicial liens on the Property pursuant to 11 USC Section 522(f), Bankruptcy Rules of Court Rule 4003, and for such additional or alternative relief as may be just and proper.

    Hussan J. Larmond
    Kadean O. Larmond
    The Debtors,

By: /s/*Susan M. Williams*
    Susan M. Williams, Esq.
    Susan M. Williams, LLC
    146 High Street
    Enfield, CT 06082
    (860) 745-6611
    susan@williams-law.com
    ct07862