# United States Bankruptcy Court
# District of Connecticut



In re:

    Hussan J. Larmond

    Kadean O. Larmond

    Debtor*

Case Number: 20-21082

Chapter:    7

Hussan J. Larmond and Kadean O. Larmond

Movant(s)

v.

Connecticut Light and Power Company d/b/a Eversource Energy; Credit Management Corporation

Respondents(s)

### ORDER GRANTING MOTION TO AVOID LIEN(S) PURSUANT TO 11 U.S.C. § 522(f)

    In connection with the Debtor's Motion to Avoid Lien(s) pursuant to 11 U.S.C. § 522(f) (the "Motion", ECF No. 18), after notice and a hearing, *see* 11 U.S.C § 102(1), and in compliance with the Court's Contested Matter Procedure, and there being no objection filed to the Motion, it having been represented in the Motion that:

    1. On the date of the commencement of this case, August 31, 2020, the fair market value of the Debtor's residence and real property located at 23 Patton Road, Bloomfield, Connecticut 06002 (the "Property"), was $119,000.00; and

    2. The Debtor is entitled to and "could claim", *see* 11 U.S.C. §§ 522(f)(1) and (2)(A), an exemption with respect to the Property under 11 U.S.C. § 522(b) or Connecticut General Statute 52-352b(t) in the amount of $150,000.00; and

    3. All encumbrances filed against the Property are set forth in the Motion; it is hereby

    **ORDERED**: The Motion is granted insofar as the fixing of the following liens on the Debtor's interest in the Property are avoided pursuant to 11 U.S.C. § 522(f):

A. First encumbrance

    i. Name of encumbrance holder:    Connecticut Light and Power Company d/b/a Eversource Energy

    ii. Type of encumbrance:    Judicial Lien

    iii. Recording information:

        a. Volume:    1916

        b. Page:    247

        c. City/Town:    Bloomfield

    iv. Amount of encumbrance:    $41,874.45

        in principal, interests and costs as of the date of recording

B. Second encumbrance
    i. Name of encumbrance holder:    Credit Management Corporation
    ii. Type of encumbrance:    Judicial Lien
    iii. Recording information:
        a. Volume:    1990
        b. Page:    138
        c. City/Town    Bloomfield
    iv. Amount of encumbrance:    $2,176.88
        in principal, interests and costs
        as of the date of recording

; and it is further

**ORDERED**: If the Debtor's case is dismissed, any and all liens avoided by this Order shall be reinstated under 11 U.S.C. § 349 without further order of this Court.

BY THE COURT

Dated: December 30, 2020

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.